# Court of Appeals
# of the State of Georgia

ATLANTA,   December 02, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0125. FRANKLIN L. WILLIAMS v. STATE OF GEORGIA et al.**

The State obtained a forfeiture order for currency belonging to Franklin L. Williams. The original order, issued in July 2009, was vacated and reissued in July 2015, presumably in order to give Williams the right to appeal. Rather than appealing the ruling, Williams filed a motion to collaterally attack the ruling. The trial court denied the motion on September 3, 2015, and Williams filed this discretionary application on November 2, 2015. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). A party's failure to meet this statutory deadline deprives us of jurisdiction to consider the application. *Hill v. State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). Because Williams filed this application 60 days after entry of the order he wishes to appeal, it is untimely. Accordingly, this application for discretionary appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   12/02/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*